Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENUS TRAN <br><br> Plaintiff(s), <br><br> v. <br><br> BOSTON UNIVERISTY <br><br> Defendant(s). | Case No: 4:20-cv-03088-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Lisa A. Tenerowicz, an active member in good standing of the bar of Massachusets, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Boston University in the above-entitled action. My local co-counsel in this case is Natasha J. Baker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 125 Bay State Road <br> Boston, MA 02215 | 1450 Maria Lane, Suite 330 <br> Walnut Creek, CA 94596 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (617) 353-2326 | (925) 239-0347 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| latenero@bu.edu | natasha@novuslawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 654188.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

                                                               Lisa A. Tenerowicz
                                                                      APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lisa A. Tenerowicz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/11/2020

                                         *Haywood S. Gill Jr.*
                              UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# UNITED STATES DISTRICT COURT

### District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Lisa A Tenerowicz,** Bar **654188,** was duly admitted to practice in this Court on **March 26, 2003,** and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **May 15, 2020**



_Robert M. Farrell_
**CLERK**