# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:20–cv–03088–HSG

Tran v. Boston University

Assigned to: Judge Haywood S Gilliam, Jr

Cause: 28:1332 Diversity–Fraud

Date Filed: 05/05/2020

Date Terminated: 06/30/2020

Jury Demand: Plaintiff

Nature of Suit: 190 Contract: Other

Jurisdiction: Diversity

**Plaintiff**

**Venus Tran**
*on behalf of herself and all others similarly
situated*

represented by **L. Timothy Fisher**
Bursor & Fisher, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
(925) 300–4455
Fax: (925) 407–2700
Email: ltfisher@bursor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Boston University**

represented by **Lisa A. Tenerowicz**
Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215
United Sta
(617) 353–2326
Fax: (617) 353–5529
Email: latenero@bu.edu
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Natasha Julie Baker**
Novus Law Firm, Inc.
1450 Maria Lane
Suite 300
Walnut Creek, CA 94596
(925) 239–0343
Email: natasha@novuslawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine S Collins**
Boston University
Office of the General Counsel
125 Bay State Road

Boston, MA 02215
United Sta
(617) 353–2326
Email: cscoll@bu.edu
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ian Worthington Forgie**
Novus Law Firm, Inc.
Novus Law Firm, Inc.
1450 Maria Lane
Suite 330
Walnut Creek, CA 94596
9252390345
Email: ian@novuslawfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2020 | Ï 1 | COMPLAINT against Boston University ( Filing fee $ 400, receipt number 0971–14440643.). Filed byVenus Tran. (Attachments: # 1 Civil Cover Sheet)(Fisher, L.) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | Ï 2 | Proposed Summons. (Fisher, L.) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/05/2020 | Ï 3 | Case assigned to Judge Nathanael M. Cousins. <br><br> Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. <br><br> Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5–1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 5/19/2020. (haS, COURT STAFF) (Filed on 5/5/2020) (Entered: 05/05/2020) |
| 05/06/2020 | Ï 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 7/29/2020. Initial Case Management Conference set for 8/5/2020 10:00 AM in San Jose, Courtroom 5, 4th Floor. (sfbS, COURT STAFF) (Filed on 5/6/2020) (Entered: 05/06/2020)** |
| 05/06/2020 | Ï 5 | Summons Issued as to Boston University. (sfbS, COURT STAFF) (Filed on 5/6/2020) (Entered: 05/06/2020) |
| 05/06/2020 | Ï 6 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Venus Tran.. (Fisher, L.) (Filed on 5/6/2020) (Entered: 05/06/2020) |
| 05/07/2020 | Ï 7 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because a party has not consented to the jurisdiction of a Magistrate Judge. You will be informed by separate notice of the district judge to whom this case is reassigned. |

| | | |
|---|---|---|
| | | ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED. *This is a text only docket entry; there is no document associated with this notice.* (lmh, COURT STAFF) (Filed on 5/7/2020) (Entered: 05/07/2020) |
| 05/08/2020 | Ï 8 | This case will be randomly reassigned to a District Judge outside the San Jose Division pursuant to the Caseload Rebalancing Pilot Program approved by the Court effective March 1, 2018. For information, visit our web page at http://cand.uscourts.gov/news/225. (bwS, COURT STAFF) (Filed on 5/8/2020) (Entered: 05/08/2020) |
| 05/08/2020 | Ï 9 | Case REASSIGNED to Judge Haywood S. Gilliam, Jr. Magistrate Judge Nathanael M. Cousins no longer assigned to case. (bwS, COURT STAFF) (Filed on 5/8/2020) (bwS, COURT STAFF). (Entered: 05/08/2020) |
| 05/11/2020 | Ï 10 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE FOR REASSIGNED CIVIL CASE. Notice is hereby given that a Case Management Conference has been set for August 11, 2020, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. Case Management Statement due by August 4th. Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. All future filings should reflect the case number as 4:20−cv−03088−HSG. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ndrS, COURT STAFF) (Filed on 5/11/2020) (Entered: 05/11/2020) |
| 05/19/2020 | Ï 11 | SUMMONS Returned Executed by Venus Tran. Boston University served on 5/12/2020, answer due 6/2/2020. (Fisher, L.) (Filed on 5/19/2020) (Entered: 05/19/2020) |
| 05/26/2020 | Ï 12 | STIPULATION *TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT* filed by Boston University and Venus Tran. (Forgie, Ian) (Filed on 5/26/2020) Modified on 5/27/2020 (jmlS, COURT STAFF). (Entered: 05/26/2020) |
| 05/26/2020 | Ï 13 | Certificate of Interested Entities by Boston University (Baker, Natasha) (Filed on 5/26/2020) (Entered: 05/26/2020) |
| 05/28/2020 | Ï 14 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971−14513979.) filed by Boston University. (Attachments: # 1 Exhibit Certificate of Good Standing)(Tenerowicz, Lisa) (Filed on 5/28/2020) (Entered: 05/28/2020) |
| 06/04/2020 | Ï 15 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 310, receipt number 0971−14541014.) filed by Boston University. (Collins, Christine) (Filed on 6/4/2020) (Entered: 06/04/2020) |
| 06/11/2020 | Ï 16 | **ORDER by Judge Haywood S. Gilliam, Jr. Granting 14 Motion for Pro Hac Vice as to Tenerowicz, Lisa. (ndrS, COURT STAFF) (Filed on 6/11/2020) (Entered: 06/11/2020)** |
| 06/11/2020 | Ï 17 | **ORDER by Judge Haywood S. Gilliam, Jr. Granting 15 Motion for Pro Hac Vice as to Collins, Christine.(ndrS, COURT STAFF) (Filed on 6/11/2020) (Entered: 06/11/2020)** |
| 06/30/2020 | Ï 18 | STIPULATION WITH PROPOSED ORDER *to Transfer Venue* filed by Boston University. (Attachments: # 1 Proposed Order)(Tenerowicz, Lisa) (Filed on 6/30/2020) (Entered: 06/30/2020) |
| 06/30/2020 | Ï 19 | **ORDER by Judge Haywood S. Gilliam, Jr. Granting 18 Stipulation to Transfer Venue. (ndrS, COURT STAFF) (Filed on 6/30/2020) (Entered: 06/30/2020)** |